No. 21-10994

# IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

JOHN D. CARSON,
*Plaintiff-Appellant*,

v.

MONSANTO COMPANY,
*Defendant-Appellee*.

On Appeal From The United States District Court For The
Southern District of Georgia
No. 4:17-cv-00237-RSB-CLR (Baker, J.)

## UNOPPOSED MOTION TO SET EN BANC ORAL ARGUMENT FOR JUNE 15 OR JUNE 16

Joe G. Hollingsworth
Eric G. Lasker
Martin C. Calhoun
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
(202) 898-5800

David M. Zionts
Michael X. Imbroscio
Patricio G. Martínez Llompart
Emily A. Vernon
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

K. Lee Marshall
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
(415) 675-3400

*Counsel for Defendant-Appellee Monsanto Company*

No. 21-10994, *Carson v. Monsanto Co.*

# CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Appellate Procedure 26.1, Eleventh Circuit Rule 26.1-1(a)(1), and Eleventh Circuit Rule 26.1-2(d), Appellee Monsanto Company, through undersigned counsel, hereby submits this Certificate of Interested Parties and Corporate Disclosure Statement.

Below is a complete list of all trial judges, attorneys, persons, associations of person, firms, partnerships, or corporations that have an interest in the outcome of the particular case or appeal, including subsidiaries, conglomerates, affiliates, part corporations, any publicly-held corporations that own 10% or more of the parties' stock, and other identifiable legal entities related to a party. Pursuant to Eleventh Circuit Rule 26.1-2(d), this list also incorporates all persons and entities listed on all CIPs previously filed in this appeal.

<u>Interested Persons</u>

1. Andiman, Alexis, Attorney for *Amici* Farmworker Association of Florida, Farmworker Justice, Migrant Clinician Network, Pesticide Action Network, United Farm Workers, and UFW Foundation

2. Andrews, Cory L., Attorney for *Amici* Atlantic Legal Foundation and Washington Legal Foundation

No. 21-10994, *Carson v. Monsanto Co.*

3. Apfel, Carrie, Attorney for *Amici* Farmworker Association of Florida, Farmworker Justice, Migrant Clinician Network, Pesticide Action Network, United Farm Workers, and UFW Foundation

4. Attaway, Scott K., Attorney for Appellant

5. Baker, Hon. R. Stan, United States District Judge

6. Boswell, Chase E., Attorney for Appellee (in the district court)

7. Brueckner, Leslie, Attorney for *Amicus* Public Justice

8. Calhoun, Martin C., Attorney for Appellee

9. Carson, John D., Jr., Attorney for Appellant

10. Carson, John D., Sr., Appellant

11. Coe, Alison, Attorney for *Amici* Farmworker Association of Florida, Farmworker Justice, Migrant Clinician Network, Pesticide Action Network, United Farm Workers, and UFW Foundation

12. Coffin, Shannen W., Attorney for *Amicus* CropLife America

13. Dickey, Jennifer B., Attorney for *Amicus* Chamber of Commerce

14. Ebner, Lawrence S., Attorney for *Amici* Atlantic Legal Foundation and Washington Legal Foundation

15. Farber, Daniel, *Amicus Curiae*

16. Goldman, Patti, Attorney for *Amici* Farmworker Association of Florida, Farmworker Justice, Migrant Clinician Network, Pesticide Action Network, United Farm Workers, and UFW Foundation

17. Hardeman, Edwin M., Plaintiff in *Hardeman v. Monsanto Co.*, No. 3:16-cv-00525-VC (N.D. Cal.)

18. Heinz, Noah, Attorney for *Amici* Daniel Farmer, Thomas O. McGarity, Paul McGreal, and David Rubenstein

19. Hollingsworth, Joe G., Attorney for Appellee

20. Imbroscio, Michael X., Attorney for Appellee

21. Keller, Ashley, Attorney for *Amici* Daniel Farmer, Thomas O. McGarity, Paul McGreal, and David Rubenstein

22. Khayyat, Rund, Attorney for Appellant

23. Kimmel, Melissa B., Attorney for *Amicus* PhRMA

24. Lasker, Eric G., Attorney for Appellee

25. Lazarus, Alan J., Attorney for *Amicus* Products Liability Advisory Council

26. Lee, Thomas H., Attorney for *Amici* Chamber of Commerce, PhRMA, and Products Liability Advisory Council, Inc.

27. Lehner, Peter, Attorney for *Amici* Farmworker Association of Florida, Farmworker Justice, Migrant Clinician Network, Pesticide Action Network, United Farm Workers, and UFW Foundation

28. Lenkner, Travis, Attorney for *Amici Curiae* Daniel Farmer, Thomas O. McGarity, Paul McGreal, and David Rubenstein

29. Lettow, Paul V., Attorney for *Amicus* Chamber of Commerce

30. Madison, Ashleigh Ruth, Attorney for Appellant

31. Maloney, Stephanie A., Attorney for *Amicus* Chamber of Commerce

32. Marshall, K. Lee, Attorney for Appellee

33. Martínez Llompart, Patricio G., Attorney for Appellee

34. Masslon II, John M., Attorney for *Amici* Atlantic Legal Foundation and Washington Legal Foundation

35. Mayer, Theodore V.H., Attorney for *Amici* Chamber of Commerce, PhRMA, and Products Liability Advisory Council, Inc.

36. McGarity, Thomas O., *Amicus Curiae*

37. McGreal, Paul, *Amicus Curiae*

38. Moore, Jennifer A., Attorney for Edwin Hardeman

39. Nicholls, Leah M., Attorney for *Amicus* Public Justice

40. Pilliod, Alberta, Plaintiff in *Pilliod v. Monsanto Co*. No. RG17862702 (Cal. Super. Ct.)

41. Pilliod, Alva, Plaintiff in *Pilliod v. Monsanto Co*. No. RG17862702 (Cal. Super. Ct.)

42. Postman, Warren, Attorney for *Amici* Daniel Farmer, Thomas O. McGarity, Paul McGreal, and David Rubenstein

43. Quallen, Matthew C., Attorney for Appellee[*]

44. Ray, Hon. Christopher L., United States Magistrate Judge

45. Reinbold, Derek C., Attorney for Appellant

46. Rosenbaum, Adina H., Attorney for *Amicus* Public Citizen, Inc.

47. Rubenstein, David, *Amicus Curiae*

48. Savignac, Mark C., Attorney for *Amicus* CropLife America

49. Stein, William R., Attorney for *Amici* Chamber of Commerce, PhRMA, and Products Liability Advisory Council, Inc.

50. Stansel, James C., Attorney for *Amicus* PhRMA

51. Thomas, Michael J., Attorney for Appellee (in the district court)

52. Varcoe, Andrew R., Attorney for *Amicus* Chamber of Commerce

53. Vernon, Emily A., Attorney for Appellee

---

[*] Matthew C. Quallen is no longer employed at Covington & Burling LLP and his last day as an attorney for Appellee was January 31, 2023.

54. Watson, Sara Beth, Attorney for *Amicus* CropLife America

55. Williamson, Virginia A., Attorney for Appellee (before the panel)[*]

56. Wisner, R. Brent, Attorney for Alva Pilliod & Alberta Pilliod

57. Wool, David J., Attorney for Edwin Hardeman & *Amicus* Public Justice

58. Young, Ernest A., Attorney for *Amici Curiae* Daniel Farmer, Thomas O. McGarity, Paul McGreal, and David Rubenstein

59. Zieve, Allison M., Attorney for *Amicus* Public Citizen, Inc.

60. Zionts, David M., Attorney for Appellee

Entities

61. Atlantic Legal Foundation

62. Bayer AG, BAYRY

63. Bryan Cave Leighton Paisner LLP

64. Carson, John D., Jr., P.C.

65. Chamber of Commerce of the United States of America

66. Covington & Burling LLP

67. CropLife America

68. Earthjustice

69. Faegre Drinker Biddle & Reath LLP

---

[*] Virginia A. Williamson is no longer employed at Covington & Burling LLP.

70. Farmworker Association of Florida

71. Farmworker Justice

72. Hollingsworth LLP

73. Hughes, Hubbard & Reed, LLP

74. Keller Lenkner LLC

75. Migrant Clinicians Network

76. Monsanto Company

77. Pennington, P.A.

78. Pesticide Action Network

79. The Pharmaceutical Research and Manufacturers of America

80. Product Liability Advisory Council, Inc.

81. Public Citizen, Inc.

82. Public Citizen Litigation Group

83. Public Justice, P.C.

84. Southeast Law, LLC

85. Steptoe & Johnson LLP

86. United Farm Workers

87. UFW Foundation

88. U.S. Chamber Litigation Center

89. Washington Legal Foundation

## UNOPPOSED MOTION TO SET EN BANC ORAL ARGUMENT FOR JUNE 15 OR JUNE 16

Pursuant to Federal Rule of Appellate Procedure 27, Defendant-Appellee Monsanto Co. respectfully moves the Court to set oral argument in this en banc matter for June 15, 2023, or June 16, 2023. In support of this motion, Monsanto states as follows:

1. In a Memorandum to Counsel and Parties dated January 4, 2023, the Court informed the parties that oral argument in this en banc matter will be held in Atlanta, Georgia, during the week of June 12, 2023, and that counsel will receive subsequent correspondence regarding the specific date of oral argument. A specific date for oral argument has not yet been announced.

2. The undersigned, lead counsel on this appeal for Monsanto, also serves as counsel for the Government of Ukraine in litigation against the Russian Federation before the International Court of Justice, the principal judicial organ of the United Nations, located in The Hague, Netherlands. On March 14, 2023, the International Court of Justice informed the parties that a hearing will be held the weeks of June 6 and 12, 2023, in The Hague. The undersigned expects his responsibilities in connection with this hearing to run through the beginning of the week of June 12.

3. In light of this conflict, the undersigned respectfully asks the Court to consider scheduling oral argument for Thursday, June 15, or Friday, June 16. To the

1

extent the Court is able to schedule oral argument for either date, the undersigned respectfully expresses a preference for Friday, June 16.

4. If the Court is unable to schedule oral argument on the requested dates, Monsanto respectfully asks the Court to deny this motion and maintain this matter on the calendar for the week of June 12, and not to postpone argument on this matter to a later en banc sitting.

5. The undersigned has conferred with counsel for Plaintiff-Appellant, who consents to the scheduling of oral argument for Thursday, June 15, or Friday, June 16.

Respectfully submitted,

Dated: March 20, 2023

/s/ *David M. Zionts*

| | |
|---|---|
| Joe G. Hollingsworth<br>Eric G. Lasker<br>Martin C. Calhoun<br>HOLLINGSWORTH LLP<br>1350 I Street, NW<br>Washington, DC 20005<br>(202) 898-5800 | David M. Zionts<br>Michael X. Imbroscio<br>Patricio G. Martínez Llompart<br>Emily A. Vernon<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001<br>(202) 662-6000<br><br>K. Lee Marshall<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>Three Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>(415) 675-3400 |

*Counsel for Defendant-Appellee Monsanto Company*

2

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the motion exempted by Fed. R. App. P. 32(f) and Fed. R. App. P. 27(a)(2)(B), it contains 319 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point, Times New Roman font.

/s/ *David M. Zionts*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, I caused the foregoing document to be electronically filed with the United States Court of Appeals for the Eleventh Circuit using the appellate CM/ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

/s/ *David M. Zionts*