IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————

No. 21-10994-U

———————————

JOHN D. CARSON,

                                            Plaintiff - Appellant,

versus

MONSANTO COMPANY,

                                            Defendant - Appellee.

———————————

Appeal from the United States District Court
for the Southern District of Georgia

———————————

Before: ROSENBAUM and NEWSOM, Circuit Judges.

BY THE COURT:

    Appellee's unopposed motion to set oral argument for June 15, 2023 or June 16, 2023 is DENIED.