IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

―――――――――――――――

No. 21-10994-U

―――――――――――――――

JOHN D. CARSON,

                                Plaintiff - Appellant,

versus

MONSANTO COMPANY,

                                Defendant - Appellee.

―――――――――――――――

Appeal from the United States District Court
for the Southern District of Georgia

―――――――――――――――

Before: ROSENBAUM and NEWSOM, Circuit Judges.

BY THE COURT:

      Motion of Amici Curiae Atlantic Legal Foundation and Washington Legal Foundation for leave to file an En Banc brief, in support of Appellee, is GRANTED.

      Motion of Amici Curiae, the Chambers of Commerce of the United States of America, the Pharmaceutical Research and Manufacturers of America and the Products Liability Advisory Council, Inc., for leave to file an En Banc brief in support of Appellee, is GRANTED.

      Motion of Amicus Curiae CropLife America for leave to file an En Banc brief, in support of Appellee, is GRANTED.

      Motion of Amicus Curiae Drexel Chemical Company for leave to file an En Banc brief, in support of Appellee, is GRANTED.

      Motion of Amicus Curiae the Retail Litigation Center, Inc. for leave to file an En Banc

brief, in support of Appellee, is GRANTED.

USCA11 Case: 21-10994     Document: 153     Date Filed: 03/29/2023     Page: 2 of 2