# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-10994

_____

JOHN D. CARSON,

                                                               Plaintiff-Appellant,

versus

MONSANTO COMPANY,

                                                               Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:17-cv-00237-RSB-CLR

_____

ORDER:

| 2 | Order of the Court | 21-10994 |

The order withholding issuance of the mandate in this appeal is VACATED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION